**Austin L. CURTIS, Plaintiff–Appellant**

v.

**Micheal CHERTOFF, Individually and as Secretary, Department of Homeland Security, Defendant–Appellee.**

No. 08–40978
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 23, 2009.

Brian K. Wiley, for Plaintiff–Appellant.

Thomas Edward Gibson, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Tyler, TX, for Defendant–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Austin L. Curtis appeals the dismissal of his various employment-discrimination claims on summary judgment. We review a grant of summary judgment *de novo,* applying the same standard as the district court. *Robinson v. Orient Marine Co. Ltd.,* 505 F.3d 364, 365 (5th Cir.2007). For the reasons set forth by the district court, Curtis failed to meet his responsive burden on summary judgment. Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

